DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
cferrannini@downeybrand.com
SANDRA L. SAVA (Bar No. 117415)
ssava@downeybrand.com
RYAN A. REED (Bar No. 322964)
rreed@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:     916.444.1000
Facsimile:     916.444.2100

Attorneys for Defendants
SL ONE GLOBAL, INC., dba VIVA SUPERMARKET; SMF GLOBAL, INC. dba VIVA SUPERMARKET; NARI TRADING, INC., dba VIVA SUPERMARKET; UNI FOODS, INC., dba VIVA SUPERMARKET; SEAN LOLOEE; and KARLA MONTOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SL ONE GLOBAL, INC., dba VIVA SUPERMARKET, a California corporation; SMF GLOBAL, INC. dba VIVA SUPERMARKET, a California corporation, NARI TRADING, INC., dba VIVA SUPERMARKET; UNI FOODS, INC., dba VIVA SUPERMARKET, a California corporation; SEAN LOLOEE, an individual, and as owner and managing agent of the Corporate Defendants; and KARLA MONTOYA, an individual, and managing agent of the Corporate Defendants.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00583-WBS-DB<br><br>*Senior District Court Judge William B. Shubb*<br><br>**CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE** |

1   Defendants SL ONE GLOBAL, INC., dba VIVA SUPERMARKET; SMF
2 GLOBAL, INC. dba VIVA SUPERMARKET; NARI TRADING, INC., dba VIVA
3 SUPERMARKET; UNI FOODS, INC., dba VIVA SUPERMARKET; SEAN LOLOEE;
4 and KARLA MONTOYA (collectively, "Defendants") hereby designate
5 the following attorney, Ryan A. Reed, California State Bar No.
6 322964, as additional counsel for service in this case:

```
            Ryan A. Reed
            Downey Brand LLP
            621 Capitol Mall, 18th Floor
            Sacramento, CA  95814-4731
            Telephone:      (916) 444-1000
            Facsimile:      (916) 444-2100
            Email:          rreed@downeybrand.com
```

DATED:  June 13, 2022          DOWNEY BRAND LLP


                               By:     /s/ Ryan A. Reed
                                      RYAN A. REED
                                   Attorneys for Defendants
                                SL ONE GLOBAL, INC., dba VIVA
                                SUPERMARKET; SMF GLOBAL, INC.
                                 dba VIVA SUPERMARKET; NARI
                                   TRADING, INC., dba VIVA
                                SUPERMARKET; UNI FOODS, INC., dba
                                VIVA SUPERMARKET; SEAN LOLOEE; and
                                         KARLA MONTOYA