DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
cferrannini@downeybrand.com
SANDRA L. SAVA (Bar No. 117415)
ssava@downeybrand.com
RYAN A. REED (Bar No. 322964)
rreed@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Defendants
SL ONE GLOBAL, INC., dba VIVA SUPERMARKET; SMF GLOBAL, INC. dba VIVA SUPERMARKET; NARI TRADING, INC., dba VIVA SUPERMARKET; UNI FOODS, INC., dba VIVA SUPERMARKET; SEAN LOLOEE; and KARLA MONTOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SL ONE GLOBAL, INC., dba VIVA SUPERMARKET, a California corporation; SMF GLOBAL, INC. dba VIVA SUPERMARKET, a California corporation, NARI TRADING, INC., dba VIVA SUPERMARKET; UNI FOODS, INC., dba VIVA SUPERMARKET, a California corporation; SEAN LOLOEE, an individual, and as owner and managing agent of the Corporate Defendants; and KARLA MONTOYA, an individual, and managing agent of the Corporate Defendants.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00583-WBS-DB<br><br>*Senior District Court Judge William B. Shubb*<br><br>**CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE** |

1813200v1

CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE

Defendants SL ONE GLOBAL, INC., dba VIVA SUPERMARKET; SMF GLOBAL, INC. dba VIVA SUPERMARKET; NARI TRADING, INC., dba VIVA SUPERMARKET; UNI FOODS, INC., dba VIVA SUPERMARKET; SEAN LOLOEE; and KARLA MONTOYA (collectively, "Defendants") hereby designate the following attorney, Sandra L. Sava, California State Bar No. 117415, as additional counsel for service in this case:

> Sandra L. Sava
> Downey Brand LLP
> 621 Capitol Mall, 18th Floor
> Sacramento, CA 95814-4731
> Telephone: (916) 444-1000
> Facsimile: (916) 444-2100
> Email: ssava@downeybrand.com

DATED: June 13, 2022  DOWNEY BRAND LLP

By: /s/ *Sandra L. Sava*
SANDRA L. SAVA
Attorneys for Defendants
SL ONE GLOBAL, INC., dba VIVA SUPERMARKET; SMF GLOBAL, INC. dba VIVA SUPERMARKET; NARI TRADING, INC., dba VIVA SUPERMARKET; UNI FOODS, INC., dba VIVA SUPERMARKET; SEAN LOLOEE; and KARLA MONTOYA