UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>SL ONE GLOBAL, INC., dba VIVA SUPERMARKET, a California corporation; SMF GLOBAL, INC. dba VIVA SUPERMARKET, a California corporation, NARI TRADING, INC., dba VIVA SUPERMARKET; UNI FOODS, INC., dba VIVA SUPERMARKET, a California corporation; SEAN LOLOEE, an individual, and as owner and managing agent of the Corporate Defendants; and KARLA MONTOYA, an individual, and managing agent of the Corporate Defendants.<br><br>Defendants. | Case No. 2:22-cv-00583-WSB-DB<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE HEARING ON DEFENDANTS' PARTIAL MOTION TO DISMISS** |

    Before the Court is the parties' Stipulated Motion to Continue the Hearing on Defendants' Partial Motion to Dismiss. Accordingly,

    **IT IS HEREBY ORDERED** that, for good cause shown, the Motion is granted.  It is further order that:

1. The hearing on Defendants' Partial Motion to Dismiss (Docket No. 7) is continued from July 25, 2022 to August 8, 2022 at 1:30 p.m.

Dated: June 29, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE