UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, | No. 2:22-cv-00583 WBS DB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SL ONE GLOBAL, INC., dba VIVA SUPERMARKET, et al., | |
| Defendants. | |

----oo0oo----

The court previously issued a scheduling order, which stated: "As no party has demanded a jury, a bench trial will proceed before the court sitting without a jury." (Docket No. 23 at 4.)  Defendants subsequently timely filed a demand for jury trial. (Docket No. 26.)  Defendants now move, unopposed, to modify the scheduling order. (Docket No. 32.)  Defendants' motion is GRANTED and the current Scheduling Order (Docket No. 23) is hereby modified as follows:

1

The second sentence of Section VII, Trial Setting, shall be stricken.

IT IS SO ORDERED.

Dated: December 2, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE