SEEMA NANDA
Solicitor of Labor
MARC A. PILOTIN
Regional Solicitor
KATHERINE E. CAMERON
Associate Regional Solicitor
HAILEY R. McALLISTER
Senior Trial Attorney (Cal. Bar No. 326785)
KARLA MALAGON CASTILLO
Trial Attorney (Cal. Bar No. 320505)
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625- 2702
Fax: (415) 625-7772
Email: mcallister.hailey@dol.gov

*Attorneys for Plaintiff Martin J. Walsh,*
*United States Secretary of Labor*

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>        Plaintiff,<br><br>        v.<br><br>SL ONE GLOBAL, INC., dba VIVA SUPERMARKET, a California corporation; SMF GLOBAL, INC. dba VIVA SUPERMARKET, a California corporation, NARI TRADING, INC., dba VIVA SUPERMARKET; UNI FOODS, INC., dba VIVA SUPERMARKET, a California corporation; SEAN LOLOEE, an individual, and as owner and managing agent of the Corporate Defendants; and KARLA MONTOYA, an individual, and managing agent of the Corporate Defendants.<br><br>        Defendants. | No. 2:22-cv-0583 WSB DB<br><br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

1   COMES NOW Plaintiff, MARTIN J. WALSH, Secretary of Labor, U.S. Department of

2   Labor and Defendants, SL ONE GLOBAL, INC., SMF GLOBAL, INC., NARI TRADING, INC.

3   UNI FOODS, INC., SEAN LOLOEE, and KARLA MONTOYA ("the Parties"), by and through

4   their respective attorneys of record, hereby submit the following stipulation and proposed order to

5   modify the Scheduling Order and extend the deadline for Plaintiff to file an amended Exhibit A to

6   the operative Complaint.

7       1.   WHEREAS, on September 21, 2022, the Court issued a Pretrial Scheduling Order

8   setting the deadline to amend Exhibit A to 90 days after issuance of the Scheduling Order, on

9   December 20, 2022.  [Dkt. No. 23].  Exhibit A to the Complaint is a list of Defendants' employees

10  whom the Secretary contends are owed back wages from Defendants.  The Secretary contends that

11  he needs to review Defendants' responses to discovery requests, which include employee lists and

12  pay records, in order to discover additional employees owed back wages who should be added to

13  Exhibit A to the operative Complaint.

14      2.   WHEREAS, the Secretary provided Defendants an extension to respond to the

15  Secretary's First Set of Interrogatories to Sean Lolee, and First Set of Requests for Production to

16  corporate defendants from December 5, 2022 to January 13, 2023.

17      3.   WHEREAS, Defendants in turn agreed to extend the December 20, 2022 deadline for

18  Plaintiff to amend Exhibit A to February 22, 2023.

19      4.   WHEREAS, the Secretary believes and anticipates that the proposed extension will not

20  interfere with the other deadlines set by this Court.

21      NOW, THEREFORE, the Parties hereby stipulate that the deadline to amend Exhibit A to

22  the operative Complaint shall be extended from December 20, 2022 to February 22, 2023.

23

24

25

26

27

28

1   Dated: December 16, 2022

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,


SEEMA NANDA
Solicitor of Labor
MARC A. PILOTIN
Regional Solicitor
KATHERINE E. CAMERON
Associate Regional Solicitor
HAILEY McALLISTER
Senior Trial Attorney


By: *Karla Malagon Castillo*
KARLA MALAGON CASTILLO
Trial Attorney
*Attorneys for Plaintiff*


By: *Sandra L. Sava*
CASSANDRA M. FERRANNINI
SANDRA L. SAVA
DOWNEY BRAND LLP
*Attorneys for Defendants*

---

STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER
Case No. 2:22-cv-00583-WSB-DB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the parties' above stipulation and for good cause shown, IT IS SO ORDERED, that the deadline indicated in the Scheduling Order [ECF No. 23] to amend Exhibit A to the operative Complaint is extended from December 20, 2022 to February 23, 2023.

DATED: December 16, 2022          /s/ DEBORAH BARNES
                             UNITED STATES MAGISTRATE JUDGE