PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for Counter-Defendant
Veronica Villamor

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>SL ONE GLOBAL, INC., et al.,<br><br>Defendants. | CASE NO.  2:22-CV-00583-WBS-DB<br><br>COUNTER-DEFENDANT VERONICA VILLAMOR'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS<br><br>DATE:   May 15, 2023<br>TIME:   1:30 p.m.<br>JUDGE:  Hon. William B. Shubb<br>COURT:  Courtroom 5 |
| SEAN LOLOEE, et al.,<br><br>Counter-Claimants,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.<br><br>Counter-Defendants. | |

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**

On March 30, 2023, Counter-Defendant Veronica Villamor filed a motion to dismiss the *Bivens* counterclaim asserted against her. *See* Dkt. 63.  On April 5, 2023, the Court entered an order that dismissed

COUNTER-DEFENDANT VERONICA
VILLAMOR'S NOTICE OF WITHDRAWAL OF
MOTION TO DISMISS
1

both counterclaims that have been asserted in this action, including the *Bivens* counterclaim asserted against Villamor. *See* Dkt. 65 at 5 ("IT IS THEREFORE ORDERED that counter-defendant Department of Labor's motion to dismiss (Docket No. 51) be, and hereby is, GRANTED as to both counterclaims.").

Because the relief requested in Villamor's pending motion to dismiss (Dkt. 63) has already been granted, *see* Dkt. 65, that motion has become moot. Villamor accordingly withdraws the motion to dismiss (Dkt. 63) without prejudice to renewal if the issues raised therein arise again.

Respectfully submitted,

Dated: April 6, 2023

PHILLIP A. TALBERT
United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney

Attorneys for Counter-Defendant Veronica Villamor