UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, | No. 2:22-cv-0583 WBS DB |
| Plaintiff, | ORDER |
| v. | |
| SL ONE GLOBAL, INC., et al., | |
| Defendants. | |

On May 19, 2023, this matter came before the undersigned pursuant to Local Rule 302(c)(1) for hearing of defendants' motion for a protective order. Attorneys Hailey McAllister and Karla Malagon Castillo appeared via Zoom on behalf of the plaintiff. Attorney Cassandra Ferrannini appeared via Zoom on behalf of the defendants.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that defendants' May 2, 2023 motion for a protective order (ECF No. 67) is denied.

Dated: May 22, 2023

DLB:6
DB/orders/orders.civil/su0583.oah.051923

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1