# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>        Plaintiff,<br><br>        v.<br><br>SL ONE GLOBAL, INC., dba VIVA SUPERMARKET, et al.<br><br>        Defendants. | Case No. 2:22-cv-00583-WSB-DB<br><br>**ORDER MODIFIYING SCHEDULE** |

Pursuant to the parties' stipulation and for good cause shown, IT IS SO ORDERED, that the Scheduling Order (Docket No. 23) is modified as follows:

1.      The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than **March 1, 2024**. With regard expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **March 29, 2024**.

2.      All discovery, including depositions for preservation of testimony, if left open, save and except that it shall be so conducted as to be completed by **April 26, 2024**. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be

noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than **April 26, 2024**.

    3.    All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **June 7, 2024**.

    4.    The Final Pretrial Conference shall take place on <u>**September 23, 2024 at 1:30 p.m.**</u>

    5.    The trial shall proceed before a jury and is set to begin on <u>**November 13, 2024 at 9:00 a.m.**</u>

Dated: June 29, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE