1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JULIE A. SU, Acting Secretary of Labor,        No.  2:22-cv-0583 WBS DB
    United States Department of Labor,

12

13                  Plaintiff,                      ORDER

14          v.

15  SL ONE GLOBAL, INC., et al.,

16                  Defendants.

17

18          On August 24, 2023, plaintiff filed a motion to compel which is noticed motion for

19  hearing before the undersigned on October 27, 2023, pursuant to Local Rule 302(c)(1).  (ECF

20  Nos. 74 & 87.)  That same day plaintiff filed a document styled as a "Joint Statement," but in fact

21  contains only plaintiff's argument.  (ECF No. 75.)  Plaintiff's filing violates the Local Rules and

22  the undersigned's Standard Information.

23          Pursuant to Local Rule 251(b) a discovery motion "shall not be heard unless [] the parties

24  have conferred and attempted to resolve their differences[.]"  In this regard, "[c]ounsel for all

25  interested parties shall confer in advance of the filing of the motion or in advance of the hearing

26  of the motion in a good faith effort to resolve the differences that are the subject of the motion."

27  (Id.)  If, after meeting and conferring, the moving party remains dissatisfied, that party shall draft

28  ////

                                                  1

1   and file a "Joint Statement re Discovery Disagreement."  Local Rule 251(c).  The failure to file a

2   Joint Statement may result in the hearing being dropped from calendar.  Local Rule 251(a).

3            The undersigned's Standard Information re discovery disputes found on to the court's web

4   page at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-

5   magistrate-judge-deborah-barnes-db explains that parties must meet and confer prior to filing a

6   discovery motion and "must again confer in person or via telephone or video conferencing" prior

7   to the filing of the Joint Statement.  Here, according to the purported Joint Statement, "Plaintiff's

8   counsel provided a draft of this Joint Statement to Defendants" on August 8, 2023."  (ECF No. 75

9   at 6.)  Plaintiff then filed the "essentially unchanged" version of that document concurrently with

10  filing the motion to compel.  Plaintiff has thus failed to satisfy the meet and confer and Joint

11  Statement requirements found in the Local Rules and the undersigned's Standard Information.[1]

12            Accordingly, IT IS HEREBY ORDERED that:

13            1.  Plaintiff's August 24, 2023 motion to compel (ECF No. 74) is denied without prejudice

14  to renewal; and

15            2.  The October 27, 2023 hearing of plaintiff's motion is vacated.

16  Dated:  October 23, 2023

17

18                                                                    _____

19                                                                    DEBORAH BARNES
                                                                      UNITED STATES MAGISTRATE JUDGE

20

21

22

23  DLB:6
    DB/orders/orders.civil/su0583.mtc.den.m&c.ord

24

25

26

27

28

---

[1] In an opposition filed on September 7, 2023, defendants assert that they supplemented their production on June 22, 2023, and received no communication from plaintiff thereafter. (Def.'s Opp.'n (ECF No. 79) at 13.)

2