UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>              Plaintiff,<br><br>     v.<br><br>SL ONE GLOBAL, INC., dba VIVA SUPERMARKET, a California corporation; SMF GLOBAL, INC. dba VIVA SUPERMARKET, a California corporation, NARI TRADING, INC., dba VIVA SUPERMARKET; UNI FOODS, INC., dba VIVA SUPERMARKET, a California corporation; SEAN LOLOEE, an individual, and as owner and managing agent of the Corporate Defendants; and KARLA MONTOYA, an individual, and managing agent of the Corporate Defendants,<br><br>              Defendant. | No. 2:22-cv-00583 WBS DB<br><br><br>ORDER |

----oo0oo----

Upon the motion of plaintiff to continue the deadline to amend Exhibit A to the Complaint (Docket No. 88), and good

1

cause appearing therefor, pursuant to the provisions Federal Rule of Civil Procedure 16(b)(4), the deadline for the Secretary to amend Exhibit A to the complaint to include additional employee names is hereby RESET to January 15, 2024.  Counsel are cautioned that the court will not look favorably upon any further requests to extend the time to amend Exhibit A.

        IT IS SO ORDERED.

Dated: November 7, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE