UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, | No. 2:22-cv-00583 WBS DB |
| Plaintiff, | ORDER |
| v. | |
| SL ONE GLOBAL, INC., dba VIVA SUPERMARKET, a California corporation; SMF GLOBAL, INC. dba VIVA SUPERMARKET, a California corporation, NARI TRADING, INC., dba VIVA SUPERMARKET; UNI FOODS, INC., dba VIVA SUPERMARKET, a California corporation; SEAN LOLOEE, an individual, and as owner and managing agent of the Corporate Defendants; and KARLA MONTOYA, an individual, and managing agent of the Corporate Defendants, | |
| Defendants. | |

----oo0oo----

Defendants request to file under seal Exhibits A through G to the Declaration of Cassandra M. Ferrannini in

1

1 | Support of the Motion to Stay.  (Docket No. 97.)  Plaintiff does
2 | not oppose the request.  (Docket No. 103.)
3 |         Good cause appearing, the motion (Docket No. 97) to
4 | seal Exhibits A through G is hereby GRANTED.  Defendants shall
5 | file the exhibits under seal within five days.
6 |         IT IS SO ORDERED.
7 | Dated:  December 8, 2023
           WILLIAM B. SHUBB
8          UNITED STATES DISTRICT JUDGE