UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, | No. 2:22-cv-00583 WBS DB |
| Plaintiff, | ORDER RE: MOTIONS TO STAY[1] |
| v. | |
| SL ONE GLOBAL, INC., dba VIVA SUPERMARKET, a California corporation; SMF GLOBAL, INC. dba VIVA SUPERMARKET, a California corporation, NARI TRADING, INC., dba VIVA SUPERMARKET; UNI FOODS, INC., dba VIVA SUPERMARKET, a California corporation; SEAN LOLOEE, an individual, and as owner and managing agent of the Corporate Defendants; and KARLA MONTOYA, an individual, and managing agent of the Corporate Defendants, | |
| Defendants. | |

----oo0oo----

---

[1] These motions are decided on the papers without oral argument pursuant to Local Rule 230(g).

1

1           On November 22, 2023, due to a grand jury investigation
2  against defendants Loloee and Montoya, defendants moved to stay
3  the Secretary's discovery, or in the alternative to stay the case
4  in its entirety.  (Docket No. 96.)  The Secretary opposed the
5  motion.  (Docket No. 104.)
6           Defendants Loloee and Montoya were subsequently
7  indicted on December 14, 2023, in United States v. Loloee et al.,
8  2:23-cr-0320 KJM.  Several of the charges allege improper
9  employment practices occurring at the same companies involved in
10 this civil action and/or relate to the same Department of Labor
11 investigations that form the basis for this action.  (See U.S. v.
12 Loloee et al., Docket No. 1.)
13          Following the filing of the indictment, the Secretary
14 filed a separate motion requesting a complete stay of the case,
15 recognizing that the indictment implicates Loloee and Montoya's
16 Fifth Amendment rights against self-incrimination.  (Docket No.
17 112.)
18          Because the parties agree that a stay is warranted, and
19 good cause appearing under Keating v. Office of Thrift
20 Supervision, 45 F.3d 322 (9th Cir. 1995), both motions to stay
21 the case (Docket Nos. 96, 112) are hereby GRANTED.  This case is
22 hereby STAYED in its entirety and all case deadlines are vacated
23 pending resolution of the criminal proceedings against the
24 individual defendants in United States of America v. Shahriar
25 "Sean" Loloee and Karla Montoya, 2:23-cr-0320 KJM.
26          Within 30 days of final judgment being entered as to
27 both defendants in the criminal action, the parties shall file a
28 Joint Status Report proposing a schedule and plan for resolution

of this case.

The January 8, 2024 and February 5, 2024 hearings on the parties' motions to stay are hereby VACATED.

The Secretary's motion to shorten time for briefing on her motion to stay (Docket No. 113) is hereby DENIED AS MOOT.

IT IS SO ORDERED

Dated:  December 22, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3